PROB 12C
(7/93)

Report Date:  May 13, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian J. Andrade                    Case Number: 0980 2:05CR02090-SAB-1

Address of Offender:                          White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Alan A. McDonald, Senior U.S. District Judge

Date of Original Sentence: March 6, 2006

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation - Assault with Intent to Commit a Felony, 18 U.S.C. §§ 1153 & 113(a)(2) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: April 3, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: April 2, 2018 |

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Andrade failed to report for random urinalysis testing at Merit Resource Services on April 23, 2015. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Andrade failed to report to the U.S. Probation Office as instructed on May 7, 2015. |
| | On May 5, 2015, this officer conducted a home visit at the defendant's reported address of 2890 Simcoe Creek Road, White Swan, Washington.  A business card was placed on his door directing him to report to the probation office by May 7, 2015.  Mr. Andrade has failed to report as directed as of May 12, 2015. |

Prob12C
**Re: Andrade, Adrian J**
**May 13, 2015**
**Page 2**

3      **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

      **Supporting Evidence**: Mr. Andrade has failed to submit his monthly report form within the first 5 days of May for the month of April 2015 as of May 12, 2015.

4      **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

      **Supporting Evidence**: Mr. Andrade has failed to report a change of address as of May 12, 2015.

      On May 11, 2015, the undersigned officer spoke with Mr. Andrade's grandmother who reported the defendant has not been staying at her residence, but rather only comes once in a while. Mr. Andrade has failed to report a change of address as of May 12, 2015.

5      **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

      **Supporting Evidence**: Mr. Andrade has failed to obtain a drug and alcohol evaluation as directed as of May 12, 2015.

      Mr. Andrade was directed to obtain a drug and alcohol evaluation at the Yakama Indian Nation drug and alcoholism program. According to the receptionist at this agency, the defendant is not receiving services as of May 11, 2015.

**Prob12C**
**Re: Andrade, Adrian J**
**May 13, 2015**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     May 13, 2015
_____

s/Jose Zepeda
_____

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

05/13/2015
_____

Date