PROB 12C
(7/93)

Report Date: January 11, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian J. Andrade          Case Number: 0980 2:05CR02090-SAB-1

Address of Offender:                              White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Stanley Allen Bastian, U.S. District Judge

Date of Original Sentence: March 6, 2006

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation - Assault with Intent to Commit a Felony, 18 U.S.C. § 1153 & 113(a)(2) |
| Original Sentence: | Prison 120 months; TSR - 36 months |
| Asst. U.S. Attorney: | Benjamin David Seal |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 7, 2015

Date Supervision Expires: June 6, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Andrade failed to report to the U.S. Probation Office as directed on January 8, 2016.

On January 7, 2016, a Washington State Department of Corrections (DOC) Officer called the U.S. Probation Office and advised Mr. Andrade would be released from the Yakima County Jail this date. The DOC Officer was asked to direct Mr. Andrade to report the following day to the probation office. Additionally, this officer spoke with Mr. Andrade's grandmother and left messages with his mother instructing the defendant to report to the probation office. On January 11, 2016, the DOC officer confirmed that Mr. Andrade was given specific instructions to report to the U.S. Probation Office by January 8, 2016. As of this writing, Mr. Andrade has failed to report as instructed and his current whereabouts are unknown.

Prob12C
**Re: Andrade, Adrian J.**
**January 11, 2016**
**Page 2**

2   **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Andrade failed to report a change of residence as of January 11, 2016.

Mr. Andrade's release address was listed as 2890 Simcoe Creek Road, White Swan, Washington. He was to reside there with his family upon his release from DOC custody. According to family member, Mr. Andrade has not returned to this residence since his release.

3   **Special Condition # 14**: You shall participate in a curfew program for 3 months after release from jail. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You are restricted to your residence every day from 6 p.m. to 6 a.m. Any absence during the specified times require advance approval of the supervising officer. You shall pay all or part of the costs of the program based upon your ability to pay.

**Supporting Evidence**: Mr. Andrade failed to make himself available for participation in a curfew program (with electronic monitoring) following his release from custody on January 7, 2016.

Mr. Andrade was released from the Yakima County Jail on January 7, 2016, and failed to make himself available for participation in the curfew program as directed by the Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 11, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/13/2016
Date