PROB 12C
(6/16)

Report Date: September 22, 2016

# United States District Court

for the

# Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adrian J Andrade | Case Number: 0980 2:05CR02090-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ White Swan, Washington 98952 | |

Name of Sentencing Judicial Officer:  The Honorable Alan A. McDonald, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 6, 2006

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault with Intent to Commit a Felony, 18 U.S.C. §§ 1153 & 113(a)(2) | |
| Original Sentence: | Prison - 120 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation: (09/09/2015) | Prison - 4 months; TSR - 29 months | |
| Revocation: (03/02/2016) | Prison - 7 months; TSR - 25 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: September 16, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: October 15, 2018 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On September 21, 2016, Mr. Andrade provided a urinalysis test to the Washington State Department of Corrections (DOC) which yielded a positive result for methamphetamine and cocaine. |
| | The undersigned officer contacted DOC to staff our joint supervision and was notified of the positive results.  DOC arrested Mr. Andrade and sanctioned him to a 1-day jail sentence. On September 22, 2016, this officer met with Mr. Andrade at the Yakima County Jail at |

Prob12C
**Re: Andrade, Adrian J**
**September 22, 2016**
**Page 2**

      which time he admitted to using cocaine and methamphetamine shortly after his release from prison. Mr. Andrade reviewed and signed a drug use admission form acknowledging the aforementioned.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegation contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Jonathan G. Barcom

September 22, 2016

Jonathan G Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[XX]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_Stanley A. Bastian_
Signature of Judicial Officer

9/22/2016
Date