PROB 12C  
(6/16)

Report Date: October 13, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adrian J Andrade | Case Number: 0980 2:05CR02090-SAB-1 |
| Address of Offender: | White Swan, Washington 98952 |

Name of Sentencing Judicial Officer: The Honorable Alan A. McDonald, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 6, 2006

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault with Intent to Commit a Felony, 18 U.S.C. § 1153 & 113(a)(2) | |
| Original Sentence: | Prison 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation:<br>(09/09/2015) | Prison - 4 months;<br>TSR - 29 months | |
| Revocation:<br>(03/03/2016) | Prison - 7 months;<br>TSR - 25 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: September 16, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: October 15, 2018 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on September 22, 2016.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Andrade aborted inpatient drug and alcohol treatment at Pioneer Center East against treatment program advice on October 12, 2016.<br><br>According to Pioneer Center East staff, there had been some concerns with the defendant related to gang comments and the passing of notes to female patients.  Treatment staff were |

Prob12C
Re: Andrade, Adrian J
October 13, 2016
Page 2

in the process of transferring Mr. Andrade to another treatment facility. The staff reported that Mr. Andrade ran out of the Pioneer Center East treatment facility and got into a gray van which was waiting for him outside the building. Mr. Andrade has not reported to the probation office since aborting treatment and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 13, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/17/2016
Date